# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| ELIZABETH HALEY, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Civil Action No. |
| V. ) | 4:15-cv-00191-HLM-WEJ |
| ) | |
| YOUR WIRELESS SOLUTIONS, LLC ) | |
| ) | |
| DEFENDANT. ) | |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendant in the above-captioned matter, and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss this action WITH PREJUDICE. Each party is to pay its or her, as the case may be, own attorney's fees, costs and expenses.

Respectfully submitted, this 20th day of February, 2017.

McCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP

/s/ NATHAN D. LOCK
Nathan D. Lock
Georgia Bar No. 948780
P.O. Box 1105
Dalton, Georgia 30722-1105
Telephone: (706) 278-4499
Fax: (706) 529-8814
nlock@mccamylaw.com

*Attorney for Plaintiff*
*Elizabeth Haley*

McRAE, SMITH, PEEK,
HARMAN & MONROE, LLP

/s/ JOHN F. LEE NIEDRACH
JOHN F. LEE NIEDRACH
Georgia Bar No. 152408
111 Bridgepoint Plaza, Suite 300
P. O. Box 29
Rome, GA   30162-0029
Phone: (706) 291-6223
Fax:   (706) 291-7429
lniedrach@msp-lawfirm.com

*Attorney for Defendant*
*Your Wireless Solutions, LLC*

*Signed by NDL w/ express permission*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served counsel for Defendant with the foregoing pleading by electronically filing the same with the Clerk of Court using the CM/ECF system causing notification by email to Defendant's attorneys:

JOHN F. LEE NIEDRACH, Esq.
VIRGINIA B. HARMAN, Esq.

This 20th day of February, 2017.

**MCCAMY, PHILLIPS, TUGGLE & FORDHAM, LLP**

/s/ NATHAN D. LOCK
Nathan D. Lock
Georgia Bar No. 948780
P.O. Box 1105
Dalton, Georgia 30722-1105
Telephone: (706) 278-4499
Fax: (706) 529-8814
nlock@mccamylaw.com